# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Steven Leslie Saffer**

Debtor

**Steven Leslie Saffer**

Plaintiff

**JP Morgan Chase Bank N.A.**

Defendant

Bankruptcy Case No: **10-03131-FLK7**

Adv. Proceeding No: **10-80097-FLK**

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of clerk:    Clerk, United States Bankruptcy Court, Eastern District of Washington
    PO Box 2164, Spokane, WA  99210

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

   Steven L Saffer, pro se
   233 Rogue River Hwy #211
   Grants Pass, OR 97527

If you make a motion, your time to answer is governed by Fed. R. Bankr. P.  7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

**CLERK OF COURT**

*Erin R. Coppin* (signature)

**Erin R. Coppin**
**Deputy Clerk**
08/24/2010 14:57:45