# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Steven Leslie Saffer**

Bankruptcy Case No: **10-03131-FLK7**

Debtor

Adv. Proceeding No: **10-80097-FLK**

**Steven Leslie Saffer**

**NOTICE OF SCHEDULING CONFERENCE**

Plaintiff

**JP Morgan Chase Bank N.A.**

Defendant

PLEASE TAKE NOTICE THAT a scheduling conference has been set for September 27, 2010 at 9:30 am on the above entitled adversary proceeding for the purpose of addressing matters contemplated by FRCP16 (b).

PLEASE FURTHER TAKE NOTICE THAT:

The attorney for the plaintiff shall provide a copy of this notice to all opposing parties or their attorneys;

The parties shall confer as required by FRCP 26 (f). In accordance with that rule, but in no event no less than five (5) days prior to the date set for the scheduling conference, the attorney of record shall deliver to the appropriate chambers a written report as contemplated by FRCP 26 (f).

The scheduling conference will be held by telephone conference. To be included on the scheduling conference, each party must call (509) 353-3192 at the designated time referred to above. If you should have any questions, please call Marti Spurgin at (509) 576-6128.

The written report is due no later than September 20, 2010.

**CLERK OF COURT**

*Erin R. Coppin*

**Erin R. Coppin**
**Deputy Clerk**

08/24/2010 14:57:39