# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Steven Leslie Saffer**

Debtor

**Steven Leslie Saffer**

Plaintiff

**JP Morgan Chase Bank N.A.**

Defendant

Bankruptcy Case No: **10-03131-FLK7**

Adv. Proceeding No: **10-80097-FLK**

## CERTIFICATE OF SERVICE OF SUMMONS AND NOTICE OF SCHEDULING CONFERENCE

The undersigned deputy clerk of the United States Bankruptcy Court for the Eastern District of Washington hereby certifies that a copy of the document identified as the Notice of Scheduling Conference and the issued Summons in the above referenced case docket kept by the clerk pursuant to Federal Rules of Bankruptcy Procedure 5003(a) was mailed this date to the following parties as required by Federal Rules of Bankruptcy Procedure 9022(a).

Steven L Saffer
233 Rogue River Hwy, #211
Grants Pass OR 97527

CLERK OF COURT

*/s/ Erin R. Coppin*

**Erin R. Coppin**
**Deputy Clerk**

08/24/2010 14:57:51