Melissa Romeo, WSBA #40644  
ROUTH CRABTREE OLSEN, P.S.  
13555 SE 36th Street, Suite 300  
Bellevue, WA 98006  
Telephone: 425-457-7270  
Facsimile: 425-457-7332  

The Honorable Frank L. Kurtz  
Chapter 7  

Attorneys for Defendant JP Morgan Chase Bank, N.A.

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>STEVEN LESLIE SAFFER,<br><br>                 Debtor.<br><br>_____<br><br>STEVEN LESLIE SAFFER,<br><br>                 Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.<br><br>                 Defendant. | Chapter 7<br>Case No. 10-03131<br><br><br><br><br><br>Adv. No. 10-80097-FLK<br><br>**NOTICE OF APPEARANCE OF DEFENDANT JP MORGAN CHASE BANK, N.A.** |

TO:       Steven Saffer, Attorney for Plaintiff;

AND TO:   The Clerk of the Court

     PLEASE TAKE NOTICE that Melissa Romeo of Routh Crabtree Olsen, P.S., without waiving defenses of lack of subject matter or personal jurisdiction, improper venue,

NOTICE OF APPEARANCE OF DEFENDANT  
JP MORGAN CHASE BANK, N.A. – PAGE 1 OF 3

**ROUTH CRABTREE OLSEN, P.S.**  
*A Law Firm and Professional Services Corporation*  
13555 SE 36th Street, Suite 300  
Bellevue, Washington 98006  
Telephone (425) 458-2121  
Facsimile (425) 458-2131

10-80097-FLK    Doc 6    Filed 09/20/10    Entered 09/20/10 15:20:21    Pg 1 of 3

insufficiency of service of process, or any other valid defense, hereby appears for Defendant JP Morgan Chase Bank, N.A., in the above-entitled action. You are further notified that service of all pleadings, notices, documents or other papers herein, except original process, shall be served upon said Defendant by service upon the undersigned at:

Melissa Romeo
Routh Crabtree Olsen, P.S.
13555 SE 36th Street, Suite 300
Bellevue, Washington 98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

DATED this ___20_____ day of September, 2010.

**ROUTH CRABTREE OLSEN, P.S.**

 /s/  Melissa Romeo
Melissa Romeo, WSBA #40644
Attorneys for Defendant JP Morgan
Chase Bank, N.A.

NOTICE OF APPEARANCE OF DEFENDANT
JP MORGAN CHASE BANK, N.A. – PAGE 2 OF 3

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
13555 SE 36th Street, Suite 300
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

10-80097-FLK    Doc 6    Filed 09/20/10    Entered 09/20/10 15:20:21    Pg 2 of 3

## Certificate of Service

I certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the **Notice of Appearance of Defendant JP Morgan Chase Bank, N.A.,** postage pre-paid, regular first class mail on the __20__ day of September, 2010, to the following parties:

**Attorney for Plaintiff**
Steven Saffer
233 Rogue River Highway, #211
Grants Pass, OR 97527

DATED this __20__ day of September, 2010.

/s/  Shawna Hall
Shawna Hall, Paralegal

NOTICE OF APPEARANCE OF DEFENDANT
JP MORGAN CHASE BANK, N.A. – PAGE 3 OF 3

**ROUTH CRABTREE OLSEN, P.S.**
*A Law Firm and Professional Services Corporation*
13555 SE 36th Street, Suite 300
Bellevue, Washington  98006
Telephone (425) 458-2121
Facsimile (425) 458-2131

10-80097-FLK    Doc 6    Filed 09/20/10    Entered 09/20/10 15:20:21    Pg 3 of 3