Melissa Romeo, WSBA #44064
ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th Street, Suite 300
Bellevue, WA 98006
Telephone: 425-457-7270
Facsimile: 425-457-7332

Attorneys for Defendant JPMorgan Chase Bank, N.A.

The Honorable Frank L. Kurtz
Chapter 13

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>STEVEN LESLIE SAFFER,<br><br>Debtor.<br><br>_____<br><br>STEVEN LESLIE SAFFER,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Chapter 13<br>Case No. 10-03131-FLK<br><br><br><br><br>Adv. No. 10-80097-FLK<br><br>**FRCP 26(f) CONFERENCE REPORT** |

COMES NOW through JP Morgan Chase Bank, N.A. as required under FRCP 26(f), reports to the court as follows:

1)   PRE-DISCOVERY DISCLOSURES:

All FRCP 26(a)(1) disclosures should be completed by January 15, 2011.

2)   DISCOVERY PLAN:

Discovery, to the extent necessary, should be completed by April 1, 2011 and does not need to be conducted in phases or limited to or focused upon a particular issue.

FRCP 26(f) CONFERENCE REPORT – PAGE 1 OF 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10-80097-FLK   Doc 7   Filed 09/20/10   Entered 09/20/10 15:21:49   Pg 1 of 2

3) LIMITATIONS ON DISCOVERY:

No changes should be made in the limitations on discovery imposed under these rules or by the local rules of this Court;

4) PROTECTIVE ORDERS AND SCHEDULING:

No protective orders are needed and a customary scheduling order should enter in accordance with the parties and the Court's calendars.

Respectfully submitted this ___20___ day of September, 2010.

**ROUTH CRABTREE OLSEN, P.S.**

/s/ Melissa Romeo
Melissa Romeo, WSBA #44064
Attorneys for Defendant JPMorgan Chase Bank, N.A.

FRCP 26(f) CONFERENCE REPORT – PAGE 2 OF 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10-80097-FLK   Doc 7   Filed 09/20/10   Entered 09/20/10 15:21:49   Pg 2 of 2