| | |
|---|---|
| Melissa Romeo, WSBA #40644<br>ROUTH CRABTREE OLSEN, P.S.<br>13555 SE 36th Street, Suite 300<br>Bellevue, WA 98006<br>Telephone: 425-457-7270<br>Facsimile: 425-457-7332<br><br>Attorneys for Defendant JP Morgan Chase Bank, N.A. | The Honorable Frank L. Kurtz<br>Chapter 7 |

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>STEVEN LESLIE SAFFER,<br><br>                      Debtor.<br><br>STEVEN LESLIE SAFFER,<br><br>                      Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A.<br><br>                      Defendant. | Chapter 7<br>Case No. 10-03131<br><br><br><br><br>Adv. No. 10-80097-FLK<br><br>**ANSWER TO COMPLAINT BY DEFENDANT JP MORGAN CHASE BANK, N.A.** |

COMES NOW JP Morgan Chase Bank, N.A. (hereinafter "Defendant") by and through its attorneys of record Routh Crabtree Olsen, P.S. and Melissa Romeo and submits the following Answer and Affirmative Defenses to Plaintiff's complaint.

ANSWER TO COMPLAINT BY DEFENDANT
JP MORGAN CHASE BANK, N.A. – PAGE 1 OF 4

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10-80097-FLK   Doc 8   Filed 09/23/10   Entered 09/23/10 16:40:44   Pg 1 of 4

## I. PARTIES

Defendant admits the allegation of line 11.

Defendant denies the allegation of lines 12-13. The address for Defendant is 800 Brooksedge Boulevard, Westerville, OH 43081.

## II. STATEMENT OF CAUSE

Defendant admits the allegations of lines 15-16.

Defendant denies the remaining allegations contained in the "Statement of Cause" section.

## III. REMAINING SECTIONS OF PLAINTIFF'S COMPLAINT

Defendant denies each and every allegation contained in the remaining sections of Plaintiff's complaint.

## IV. AFFIRMATIVE DEFENSES

Defendant realleges its foregoing Answers and further alleges the following Affirmative Defenses:

1. Plaintiff has failed to mitigate his damages.

2. Plaintiff has failed to state a claim upon which relief can be granted.

3. Defendant expressly reserves the right to add additional affirmative defenses as it determines to be appropriate at any time in the future.

WHEREFORE, having fully answered Plaintiff's complaint, Defendant prays for relief as follows:

1. That Plaintiff takes nothing by way of its Complaint and that the same be dismissed herein;

2. That Plaintiff's requested relief against Defendant be denied;

ANSWER TO COMPLAINT BY DEFENDANT
JP MORGAN CHASE BANK, N.A. – PAGE 2 OF 4

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10-80097-FLK    Doc 8    Filed 09/23/10    Entered 09/23/10 16:40:44    Pg 2 of 4

3. That Plaintiff's Complaint against Defendant be dismissed with prejudice;

4. That the Court allow Defendant to amend its answers, assert additional defenses, or assert other claims as further information is obtained;

5. That the Court award attorney fees and costs to Defendant as consistent with the terms of the note and deed of trust that form the basis of Defendant's security.

6. That the Court grant such other and further relief that the court may deem just and proper.

DATED this __23_____ day of September, 2010.

**ROUTH CRABTREE OLSEN, P.S.**

 /s/  Melissa Romeo
Melissa Romeo, WSBA #40644
Attorneys for Defendant JP Morgan Chase Bank, N.A.

ANSWER TO COMPLAINT BY DEFENDANT
JP MORGAN CHASE BANK, N.A. – PAGE 3 OF 4

ROUTH
CRABTREE
OLSEN, P.S.

13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10-80097-FLK    Doc 8    Filed 09/23/10    Entered 09/23/10 16:40:44    Pg 3 of 4

## Certificate of Service

I certify under penalty of perjury under the laws of the State of Washington that I mailed a true and correct copy of the **Answer to Complaint by Defendant JP Morgan Chase Bank, N.A.,** postage pre-paid, regular first class mail on the __24__ day of September, 2010, to the following parties:

**Attorney for Plaintiff**
Steven Saffer
233 Rogue River Highway, #211
Grants Pass, OR 97527

DATED this __23__ day of September, 2010.

/s/ Shawna Hall
Shawna Hall, Paralegal

ANSWER TO COMPLAINT BY DEFENDANT
JP MORGAN CHASE BANK, N.A. – PAGE 4 OF 4

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Ste 300
Bellevue, WA 98006
Telephone: 425.458.2121
Facsimile: 425.458.2131

10-80097-FLK    Doc 8    Filed 09/23/10    Entered 09/23/10 16:40:44    Pg 4 of 4