# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Steven Leslie Saffer**

Debtor

**Steven Leslie Saffer**

Plaintiff

**JP Morgan Chase Bank N.A.**

Defendant

Bankruptcy Case No: **10-03131-FLK7**

Adv. Proceeding No: **10-80097-FLK**

**SCHEDULING ORDER**

THIS MATTER having come for a status/scheduling conference on September 27, 2010, before the Honorable Frank L. Kurtz; Plaintiff Steven Leslie Saffer appearing Pro Se; and Defendant JP Morgan Chase Bank N.A. appearing through Melissa Williams Romeo; and the Court being fully advised of the files and premises herein,

HEREBY ORDERS:

1. THAT discovery shall be completed on or before April 1, 2011;

2. THAT any Motion for Summary Judgment shall be filed and served on or before April 18, 2011; Responses to the motion shall be filed and served on or before May 16, 2011; and Replies shall be filed and served on or before May 31, 2011; all Motions for Summary Judgment shall follow Eastern District of Washington LBR 7056-1, and copies of all documents shall be served on chambers at the time of filing;

3. THAT the hearing on Summary Judgment shall be held on June 22, 2011 at 11:00 a.m. by telephone conference call to be initiated by the parties calling (509) 353-3192 at the above appointed time;

4. THAT on or before July 5, 2011, EITHER parties shall file an agreed pre-trial order in the form proscribed by LBR 7016-1 (LF 7016) and serve a copy of same on chambers, OR, in the event that the parties are unable to agree on the terms of a pre-trial order, EACH PARTY shall file its proposed pre-trial order, in the form proscribed by LBR 7016-1 (LF 7016) and serve a copy of same on opposing counsel and chambers;

5. THAT a pre-trial conference in this adversary proceeding is set for July 11, 2011 at 9:00 a.m. by telephone conference call to be initiated by the parties calling (509) 353-3192 at the above appointed time.

6. THAT the trial in this adversary proceeding is set to commence at 9:00 a.m. on July 18, 2011 , or as soon thereafter as the matter may be heard, at 402 E. Yakima Avenue, Second Floor Courtroom, Yakima, Washington;

7. THAT pursuant to LBR 9070-1, all documents, photographs and other matter that will be introduced in evidence shall be pre-marked and listed on the Court's local form Exhibit Index. A copy of the Exhibit Index is available at http://www.waeb.uscourts.gov under Forms. The exhibit index and numbering presented at trial should be the same as listed in your pre-trial order; each party using a different group of numbers, i.e. 1-99, 100-199. The parties shall provide an original set of exhibits for the witness stand, a copy of each counsel of record, and a copy for the bench.

*Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

09/27/2010 14:51:32