# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Steven Leslie Saffer**

Debtor

**Steven Leslie Saffer**

Plaintiff

**JP Morgan Chase Bank N.A.**

Defendant

Bankruptcy Case No: **10-03131-FLK7**

Adv. Proceeding No: **10-80097-FLK**

**SCHEDULING ORDER**

THIS MATTER having come for a status/scheduling conference on September 27, 2010, before the Honorable Frank L. Kurtz; Plaintiff Steven Leslie Saffer appearing Pro Se; and Defendant JP Morgan Chase Bank N.A. appearing through Melissa Williams Romeo; and the Court being fully advised of the files and premises herein,

HEREBY ORDERS:

1. THAT discovery shall be completed on or before April 1, 2011;

2. THAT any Motion for Summary Judgment shall be filed and served on or before April 18, 2011; Responses to the motion shall be filed and served on or before May 16, 2011; and Replies shall be filed and served on or before May 31, 2011; all Motions for Summary Judgment shall follow Eastern District of Washington LBR 7056-1, and copies of all documents shall be served on chambers at the time of filing;

3. THAT the hearing on Summary Judgment shall be held on June 22, 2011 at 11:00 a.m. by telephone conference call to be initiated by the parties calling (509) 353-3192 at the above appointed time;

4. THAT on or before July 5, 2011, EITHER parties shall file an agreed pre-trial order in the form proscribed by LBR 7016-1 (LF 7016) and serve a copy of same on chambers, OR, in the event that the parties are unable to agree on the terms of a pre-trial order, EACH PARTY shall file its proposed pre-trial order, in the form proscribed by LBR 7016-1 (LF 7016) and serve a copy of same on opposing counsel and chambers;

5. THAT a pre-trial conference in this adversary proceeding is set for July 11, 2011 at 9:00 a.m. by telephone conference call to be initiated by the parties calling (509) 353-3192 at the above appointed time.

6. THAT the trial in this adversary proceeding is set to commence at 9:00 a.m. on July 18, 2011 , or as soon thereafter as the matter may be heard, at 402 E. Yakima Avenue, Second Floor Courtroom, Yakima, Washington;

7. THAT pursuant to LBR 9070-1, all documents, photographs and other matter that will be introduced in evidence shall be pre-marked and listed on the Court's local form Exhibit Index. A copy of the Exhibit Index is available at http://www.waeb.uscourts.gov under Forms. The exhibit index and numbering presented at trial should be the same as listed in your pre-trial order; each party using a different group of numbers, i.e. 1-99, 100-199. The parties shall provide an original set of exhibits for the witness stand, a copy of each counsel of record, and a copy for the bench.

*/s/ Frank L. Kurtz*
**Frank L. Kurtz**
**Bankruptcy Judge**

09/27/2010 14:51:32

**SCHEDULING ORDER**

# CERTIFICATE OF NOTICE

```
District/off: 0980-2          User: erinc              Page 1 of 1              Date Rcvd: Sep 28, 2010
Case: 10-80097                Form ID: pdf002          Total Noticed: 3
```

The following entities were noticed by first class mail on Sep 30, 2010.
```
ust          +US Trustee,    US Court House,   920 W Riverside Ave, Suite 593,    Spokane, WA 99201-1012
dft          +JP Morgan Chase Bank N.A.,    1111 Polaris Parkway,    Columbus, OH 43240-2050
pla          +Steven Leslie Saffer,   233 Rogue River Hwy #211,    Grants Pass, OR 97527-1600
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust              US Trustee Office
ust              ust
                                                                         TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**                        Signature:     *Joseph Speetjens*