Name: **STEVEN LESLIE SAFFER**
Address: 1736 Hillbrooke Drive
City, State, Zip: Walla Walla, WA 99362
Daytime Phone: 907-575-6130
Email: stevensaffer1@hotmail.com
*Representing Self, Without a Lawyer*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **STEVEN LESLIE SAFFER**<br>Plaintiff<br><br>v<br><br>**JPMORGAN CHASE BANK, NA**<br>Defendant | Adv.Procedure No: **10-80097-FLK**<br><br>**PLAINTIFF<br>MOTION TO DISMISS** |

COME NOW Plaintiff, Steven Leslie Saffer and moves this Court to dismiss without prejudice the above proceeding which was filed in Bankruptcy court on August 23, 2010.

The original Bankruptcy Case 10-03131-FLK7 was filed on May 21, 2010 and that case was dismissed on September 29, 2010.

At the time of initial filing of the bankruptcy and filing of this action, Plaintiff was not working and had been unable to work for some time due to shoulder surgery. After several months of physical therapy Plaintiff now has returned to work and is working in the state of Hawaii with an anticipated return to the mainland within the next thirty (30) days.

WHEREFORE, Plaintiff moves this Court to dismiss this action without prejudice.

_____  Date: 10-6-10
STEVEN LESLIE SAFFER

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and exact copy of the above has been furnished by U.S. Mail on this 6th day of Oct., 2010 to the following:

Melissa Romeo, WSBA #40644
Routh Crabtree Olsen, P.S.
13555 SE 36th Street, Ste 300
Bellevue, WA 98006
   Attorneys for JP Morgan Chase Bank, NA

_____
STEVEN LESLIE SAFFER